UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRELL ALEXANDER HARVEY,<br><br>        Petitioner,<br><br>    v.<br><br>R. GROUNDS, WARDEN,<br><br>        Respondent. | NO. CV 13-1005-VAP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: February 23 2013.

                                                VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE